■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY EDWARDS, Appellant.— Order of the Supreme Court, Kings County, dated June 27, 1966, affirmed, on the opinion of Mr. Justice Hyman Barshay in the court below. Beldock, P. J., Christ, Brennan, Hopkins and Benjamin, JJ., concur.